25 A.3d 276

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Robert DOUGLAS, Appellant.**

Supreme Court of Pennsylvania.

July 26, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of July 2011, upon the motion of Appellant's counsel seeking dismissal of the present post-

280

conviction appeal due to Appellant's death, it is hereby ordered that the collateral appeal is **DISMISSED.** The Application for Leave to File Post–Submission Communication in the Form of a Motion for Expedited Review is **DENIED** as moot.

Justice ORIE MELVIN did not participate in the consideration or disposition of this matter.